# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JSDQ MESH TECHNOLOGIES LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**FLUIDMESH NETWORKS, LLC (f/k/a FLUIDMESH NETWORKS, INC.),**<br><br>　　　　　　　Defendant. | Case No. 1:16-cv-00212-GMS |

## STIPULATION OF DISMISSAL OF FLUIDMESH WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and in light of the "SETTLEMENT AND LICENSE AGREEMENT" between the parties, Plaintiff JSDQ Mesh Technologies LLC and Defendant Fluidmesh Networks, LLC hereby submit this Stipulation of Dismissal dismissing all claims in this action WITH PREJUDICE as to Fluidmesh Networks, LLC with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/George Pazuniak*<br>George Pazuniak (DE Bar 478)<br>O'KELLY & ERNST, LLC<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 478-4230<br>Fax: (302) 295-2873<br>gp@del-iplaw.com<br><br>*Of Counsel:*<br>Timothy J. Haller<br>HALLER LAW PLLC<br>The Monadnock Building | */s/Thatcher A. Rahmeier*<br>Keith A. Walter<br>Thatcher A. Rahmeier<br>DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>keith.walter@dbr.com<br>thatcher.rahmeier@dbr.com |

- 2 -

53 West Jackson Boulevard
  Suite 1623
Chicago, IL 60604
Telephone:  630-336-4283
haller@haller-iplaw.com

Gabriel I. Opatken
NOBLE IP LLC
418 North Noble Street, Suite No. 4
Chicago, IL 60642
Phone: (773) 648-5433
gabriel@nobleipllc.com

| ***Attorneys for Plaintiff, JSDQ Mesh Technologies LLC*** | ***Attorneys for Defendant Fluidmesh Networks, LLC (f/k/a Fluidmesh Networks, Inc.)*** |
|---|---|